IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHRISTINA MARINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-01465 (RDA/MSN) |
| ) | |
| NAVY MUTUAL AID ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter comes before the Court on the parties' Notice of Dismissal With Prejudice. Dkt. 4. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
January 12, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge